UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-06384
Patricia Eggleston )
)
) Chapter: 13
)
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

This matter, coming to be heard on the Debtor's motion, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the Debtor's motion is granted as provided herein, and accordingly:

1. The Debtor's arrearage to the standing trustee is deferred.
2. The Debtor's plan payment is reduced to $1,850 per month for the remaining duration of the case.
3. The Debtor's plan may extend longer than 60 months.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: August 16, 2021

**Prepared by:**

Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602