## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Patricia Eggleston

        Debtor(s)

Chapter 13
Case No. 20 B 06384
Judge Deborah L. Thorne

## Notice of Motion and Certificate of Service

Patricia Eggleston
5201 S Cornell Ave Unit 11E
Chicago, IL  60615

Debtor Attorney: William J Factor Ltd
via Clerk's ECF noticing procedures

   On August 16, 2023 at  9:00 am, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, either in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 682, Chicago, IL  60604 or electronically as described below, and present this motion, a copy of which is attached.

   **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

   **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

   **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

   **Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 and the password is none. The meeting ID and password can also be found on the judge's page on the court's web site.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

   I certify under penalty of perjury that this office caused a copy of this notice and the attached motion to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, August 2, 2023.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Patricia Eggleston

Debtor(s)

Chapter 13
Case No. 20 B 06384
Judge Deborah L. Thorne

---

### Motion to Dismiss for Material Default

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c), and in support thereof respectfully states the following:

1. The Debtor filed for Chapter 13 relief on March 6, 2020.

2. The Debtor's plan was Confirmed on July 27, 2020.

3. The Debtor's confirmed plan requires the debtor to submit a copy of the Debtor's tax return to the Trustee starting with tax year 2020. The Debtor has failed to tender a copy of the 2022 tax return(s).

4. The failure to tender the tax return constitutes a material default of the Debtor's confirmed plan.


WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.


/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300